**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAR -7 2025 1:55 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

Tyrone Raymond Johnson

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 555-063

Sgt Knecht Marion Corrections officer

vs.

Lt. Patterson, Marion Corrections officer
C/o A Lowery, Marion corrections officer

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

2:25 CV 0 2 2 1

JUDGE WATSON

MAGISTRATE JUDGE BOWMAN

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

C/o D Yates Lebanon corrections officer
Sgt Tyla Lay / Lebanon corrections officer
C/o Michael Fishbough, Lebanon correct officer
Lebanon Corrections medical staff
Inspector Cole, Lebanon corrections
SS

**COMPLAINT**

I.  PARTIES TO THE ACTION:

PLAINTIFF:  PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Tyrone Raymond Johnson

NAME - FULL NAME PLEASE - PRINT

878 Coitsville-Hubbard Road

ADDRESS: STREET, CITY, STATE AND ZIP CODE

Youngstown, Ohio 44505

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

DEFENDANTS:

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

3. DOCKET NUMBER

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A.   IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
     YES (✓) NO ( )

B.   DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
     PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C.   IF YOUR ANSWER IS YES:

     1.   WHAT STEPS DID YOU TAKE?

     File informal complaint
     filed grievance
     escalated filed grievance

     2.   WHAT WAS THE RESULT?

     The filed grievance has been sitting as pending
     since October 25, 2024.

D.   IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E.   IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
     YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F.   IF YOUR ANSWER IS YES:

     1.   WHAT STEPS DID YOU TAKE?

     2.   WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Lt Patterson, Marion Corrections officer
NAMES - FULL NAME PLEASE

P.O. Box 57, Marion Ohio 43301
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. A Lowery, Marion Corrections Officer
P.O. Box 57, Marion, Ohio 43301

3. Michael Fishbaugh Lebanon Correction officer
3791 State Route 63, Lebanon, Ohio 45036

4. D. Yates, Lebanon Corrections officer
3791 State Route 63, Lebanon, Ohio 45036

5. Tyler Lay, Lebanon Corrections officer
3791 State Route 63, Lebanon, Ohio 45036

6. Inspector Cole, Lebanon Corrections officer
3791 State Route 63, Lebanon, Ohio 45036

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

Medical staff, Lebanon Corrections
3791 State Route 63, Lebanon, Ohio 45036
Sgt Knecht Marion Corrections officer
P.O. Box 57, Marion Ohio 43301

-4-

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

(1.) At Marion Corrections I was placed in segregation for assault on a inmate Potts. Sgt Knecht wrote the conduct report, then placed me on Investigation, all my property was missing.

The day the conduct was suppose to be read 4-3-24 the sgt waived my rights for witnesses without my consent.

When I went to RIB Lt Patterson told me that if I dont tell him who assaulted inmate Potts, I will be found guilty of assault. I told the officer I did not assault inmate Potts, I was then kicked out of RIB and found guilty, level increased and placed in Lebanon Corrections.

I was never given appeal, untill 4-10-24, but I was denied my appeal On 4-3-24 the same day I was kicked out of RIB for No reason.

I was denied due Process to a hearing and false conduct report, as well as my Property missing

I then was taken to the Captain office with OC all over my face, I could not see or breathe.

After arriving at the Captains office, Captain Berry uncuffed my hand to write a use of force statement, when I was finished with the statement, unknown officer tried to fight me in the captains office as the Captain and two other officers looked.

When I left the captains office, I was escorted to Segregation by Sgt Tyler Lay who broke my thumb as he escorted me to segregation, I was placed in a cell with no, Mattress, No cloths and was not allowed to take a shower for 4 days after over a week of complaining of my shoulder wrist, fingers being broke a medical unknown nurse set a Xray for my hand, but not my shoulder.

After the Xray on my hand, the nurse stated I was suffering from tendeniduce and prescribed me some asprin and theragesic gel.

I was denied medical attention 4½ months at Lebanon corrections.

(2)  At Lebanon Corrections I was assaulted by officer Michael Fishbough while going to recreation from D unit at Lebanon corrections.

As I walked to recreation, officer Fishbough came out of J-block, telling me I could not wear my green shirt to chow. I then told the officer I was going to recreation and I kept walking. Officer Fishbough then yelled and caught up with me grabbed my wrist, I asked what was he doing, he then sprayed me with OC

I then punched the officer, the officer fell, c/o unknown jumped on my neck started choking me, officer Fishbough then started punching me in the side, my shoulder was dislocated and wrist and fingers broken.

I was taken to medical handcuffed with OC in my eyes, officers tried to push me in the medical room, a Nurse pushed me out, stating he's not coming in here, I then cursed at the nurse and was dragged to another medical room where I was assaulted by c/o A Yates who sprayed me with a can of OC while I was cuffed.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would Like for the Court to review all relevant Axon officers cameras involved in this matter as well as Institution cameras, documents and films involved in all matters of this complaint against officers and medical staff at the prison of Lebanon. I would like for a jury to decide the facts and awarded damages, pain and suffer, Intentional Inflicted Emotional distress, as well as the facts by this Plaintiff. I was denied Due Process and suffered cruel and unusual punishment, Lawsuit for 1,000,000.

SIGNED THIS ___27___ DAY OF ___Febuary___ 20_25_.

_Tyrone Johnson_
SIGNATURE OF PLAINTIFF