Tyrone Johnson #555-063
898 Coitsville—Hubbard Rd
Youngstown, Ohio 44505

X-RAY
U.S. MARSHALS SE...

Clerk for United States Dist Court
85 Marconi Boulevard
Columbus, Ohio 43215-2835



CERTIFIED MAIL

9589 0710 5270 0357 4560 21




Retail

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
FCM LG ENV
TOLEDO, OH 43614
MAR 04, 2025

43215

$7.16
S2324K505147-1

RDC 99