UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Raymond Johnson,                                    Case No. 3:25-cv-573

        Plaintiff,

    v.                                                                ORDER

Lieutenant Patterson, *et al.*,

        Defendants.

On April 7, 2026, I directed the Clerk of Court to issue summons for this case and ordered *pro se* Plaintiff Tyrone Raymond Johnson to perfect service of process within 90 days of the date on which summons was issued. (Doc. No. 6). I further ordered Johnson to file proof of timely service no later than July 31, 2026, and warned him that failure to perfect and offer proof of service would result in dismissal of this case. (*Id.* at 2). The Clerk of Court issued summons and mailed the summons to Johnson on the same date.

Less than two weeks later, Johnson filed proof of service, asserting he had personally served each of the three named Defendants with a copy of the complaint on March 7, 2025, or 13 months before the Clerk issued summons. (Doc. Nos. 8, 9, and 10). Johnson also filed the summons issued on April 7, 2026. (*See, e.g.,* Doc. No. 8 at 2).

But Rule 4 of the Federal Rules of Civil Procedure require that the summons "be served with a copy of the complaint," and prohibits "a party" to the case from serving a summons and complaint. Fed. R. Civ. P. 4(c)(1), (2). Johnson's proofs of service demonstrate that he did not comply with either of these mandatory provisions.

2

I previously ordered Johnson to "file proof of service verifying service was timely perfected as soon as practicable but no later than July 31, 2026," and warned that "[f]ailure to do so [would] result in dismissal of this action without prejudice under Rule 4(m)."  (Doc. No. 6 at 2).  Because he failed to comply with this deadline, I dismiss his Complaint without prejudice pursuant to Rule 4(m). *See, e.g., Phillips v. Tenn. Hotel Supply*, No. 1:04-CV-353, 2006 WL 897985, at *2 (E.D. Tenn. Apr. 4, 2006) (dismissing *pro se* plaintiff's complaint for failure to timely perfect service).  Johnson's motion for relief from judgment, (Doc. No. 12), is denied as moot.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge